MARK F. ANDERSON (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Johnny Phong Le

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY PHONG LE,<br><br>   Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>   Defendant. | Case No. 2:16-cv-00039-MCE-AC<br><br>**REQUEST FOR APPOINTMENT OF A MAGISTRATE JUDGE TO CONDUCT A SETTLEMENT CONFERENCE; ORDER THEREON** |

The parties in this action hereby request the Court to appoint a Magistrate Judge to conduct a settlement conference.

Date: July 6, 2016

/s/ *Mark F. Anderson*
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104
Suite 914
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Attorney for Plaintiff

**JOINT REQUEST FOR APPT MAGISTRATE JUDGE & ORDER, LE V EQUIFAX INFORMATION SERVICES, LLC, NO. 2:16-CV-00039-MCE-AC**

Date:  July 6, 2016         /s/ Thomas P. Quinn, Jr.
                            Thomas P. Quinn, Jr. (SBN 132268)
                            NOKES & QUINN APC
                            410 Broadway, Suite 200
                            Laguna Beach, CA 92651
                            Phone: 949.376.3500
                            Fax: 949.376.3070
                            Email:  tquinn@nokesquinn.com

                            Attorneys for Equifax Information Services, LLC

## ORDER

Based on the parties' request and for good cause shown, the Court hereby appoints Magistrate Judge Gregory G. Hollows to conduct a settlement conference pursuant to Local Rule 270.  The parties are directed to contact Judge Hollows' Courtroom Deputy, Jonathan Anderson, at 916-930-4072 to schedule said conference.  The parties are further Ordered to file a Joint Status Report not later than ten (10) days after the settlement conference has been concluded.

IT IS SO ORDERED.

Dated:  July 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE