# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY PHONG LE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICE, LLC,<br><br>　　　　　Defendant. | No.  2:16-cv-0039 MCE AC<br><br><br>ORDER |

The undersigned settlement conference judge has purchased an Equifax identity protection product for the last 5-10 years.  The undersigned does not presently believe that this association with Equifax requires his recusal for a settlement conference dealing with an alleged failure by Equifax to correct a credit report.  However, if any party disagrees, that party shall file a request for recusal no later than October 12, 2016.

Dated: October 5, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE