Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
1736 Stockton Street, Ground Floor
San Francisco, California 94133
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorney for Plaintiff Johnny Phong Le

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHNNY PHONG LE,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
a Georgia limited liability company,

    Defendant.

Case No. 2:16-cv-00039 MCE-AC

ORDER FOR DISMISSAL

Based on the parties' stipulation and for good cause shown, Plaintiff Johnny Phong Le's complaint in this matter is hereby dismissed with prejudice, in its entirety, each party to bear its own fees and costs, pursuant to Fed. Rule Civ. Proc. 41(a). The matter having now been concluded, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: September 11, 2017

*[signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE